UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 JUN 21  AM 9: 53

United States of America ex rel
Jason Calderon

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

F.C.A. Qui Tam

-against-

Troconnect Communications,
Sage Telecom,
Telescape Communications
Troconnect direct

_____
Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT** IN INTERVENTION
TO BE FILED under seal

Do you want a jury trial?
☐ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_False Claims Act, whistleblower_

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                                (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of

(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Jason                                              Calderon
First Name              Middle Initial            Last Name

3050 Perry Av.          3D
Street Address

Bronx      NY            10467
County, City            State           Zip Code

347-883 1116            Jason Calderon 203 @ Yahoo. Com
Telephone Number        Email Address (if available)

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Tru connect communications
_____
First Name                          Last Name

_____
Current Job Title (or other identifying information)
1147 S. Hill St.    #400
_____
Current Work Address (or other address where defendant may be served)
L.A.                    CA          90015
_____
County, City                     State           Zip Code

Defendant 2:    enge  Telecom  Communications LLC
_____
First Name                          Last Name

_____
Current Job Title (or other identifying information)
10440  North Central Expwy  Suite 700
_____
Current Work Address (or other address where defendant may be served)
Dallas            TX          75231
_____
County, City                     State           Zip Code

Defendant 3:    Telescope  Communications
_____
First Name                          Last Name

_____
Current Job Title (or other identifying information)
355 S Grand Av.
_____
Current Work Address (or other address where defendant may be served)
Los Angeles      CA          90071
_____
County, City                     State           Zip Code

Page 4

Defendant 4: _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                  State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _Online and at call centers_

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Widespread misuse, abuse, waste, deception
an violation of Federal False Claims Act,
and FCC, lifeline rules,

Prepop ...

No Agent support, Retaliation, blocking of my NLAD, Withholding devices, manipulating pay & with holding records, with holding acces to NLAD to properly add clients, application info, commissions from prepaid, Top ups, and ALPAODonns not credited. ect, ect, ect

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Loss of Income, not being properly credited or comission and earnings, customers not recieving phones & service that is promised

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

30% of what Federal government recovers as result of this action

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

6-1-2022

Dated _____     Plaintiff's Signature _____

Jason                               Calderon

First Name _____ Middle Initial _____     Last Name _____

3050 Perry AV.                      JD

Street Address _____

Bronx          NY 10467

County, City _____     State _____ Zip Code _____

347-893 1116                        Jasoncalderon2036@yahoo.com

Telephone Number _____     Email Address (if available) _____

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

>   If you do consent to receive documents electronically, submit the completed form with your
>   complaint. If you do not consent, please do not attach the form.

RECEIVED
SDNY PRO SE OFFICE

2022 JUN 21  AM 9: 50

NEW YORK NY 100

Leon Culpen
3050 Perry AV, 3R
BX NY 10467

Prose Intake Window
500 Pearl St
NY NY 10007



USMP3
SDNY

10007-131699